UNITED STATES of America,
Plaintiff-Appellee,

v.

Clayton Marvin BROWN, Defendant-Appellant.

No. 71-2336

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 1971.

Wesley R. Asinof, Atlanta, Ga., for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., Anthony M. Arnold, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM.

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

Anthony GARCIA, Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 71-2400

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 1971.

Rehearing Denied Dec. 16, 1971.

John J. Browne, Browne & Moore, Houston, Tex., for petitioner-appellant.

Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for respondent-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] See Nelson v. O'Neil, 402 U.S. 622, 91 S.Ct. 1723, 29 L.Ed.2d 222 (1971); Harrington v. California, 395 U.S. 250, 89 S.Ct. 1726, 23 L.Ed.2d 284 (1969).

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.